

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2022

No. 04-22-00015-CV

**IN THE INTEREST OF L.P.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00365
Honorable Susan D. Reed, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file appellant's brief is GRANTED. Appellant's brief is due March 28, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court